In Branch's Anno. P. C. p. 916, will be found the following statement:

"Some of the earlier cases attempt to draw a distinction between a dangerous weapon used to alarm and a deadly weapon used to alarm, and some of them hold that it is aggravated assault to shoot to scare. Moore v. State, 33 Texas Crim. Rep. 311, 26 S. W. 403; Moore v. State, 33 Texas Crim. Rep. 351, 26 S. W. 404; Ulun v. State, 32 S. W. 699; Pearce v. State, 37 Texas Crim. Rep. 643, 40 S. W. 806; Vann v. State, 43 Texas Crim. Rep. 244, 64 S. W. 243; Angel v. State, 45 Tex. Crim. Rep. 135, 74 S. W. 553. If the court had kept in mind the definition of the term 'deadly weapon,' there would have been no confusion on this point. When a pistol or gun, whether fired or presented or rudely displayed, is only used to alarm, it is not a 'deadly weapon,' because it is not then, from the manner of its use 'calculated or likely to produce death or serious bodily injury.' A weapon used only with intent to alarm is not a 'deadly weapon,' and such an assault is only a simple assault, but such an assault may become aggravated, doubtless, when committed upon a female or child by an adult male."

If the appellant in this case presented at Barnes a shotgun, whether loaded or unloaded, with the intent to alarm, and under circumstances calculated to effect that object, he would be guilty, not of an aggravated assault, but of a simple assault. For many cases collated, see the third paragraph on page 916, Branch's Anno. P. C., under section 1537. For another case directly upon the point, see Hall v. State, 105 S. W. 816.

For the error heretofore pointed out, the judgment of the trial court is reversed, and the cause remanded.

---

### Ex parte SHEARMAN et al. (No. 6317.)

(Court of Criminal Appeals of Texas. May 11, 1921.)

**Criminal law ⟨⟩1081—In the absence of notice of appeal, jurisdiction of Court of Appeals does not attach.**

Upon appeal from an order refusing bail in the absence of a notice of appeal, the jurisdiction of the Court of Criminal Appeals does not attach.

Appeal from District Court, El Paso County; W. D. Howe, Judge.

C. P. Shearman and others, being refused bail by an order of the district court, appeal. Appeal dismissed.

Dyer, Croom & Jones, of El Paso, for appellants.

R. H. Hamilton, Asst. Atty. Gen., for the State.

MORROW, P. J. This is an appeal from the order of the district court of El Paso county refusing bail to the appellants.

The judgment appears to have been entered on the 31st day of March, 1921. The record was filed in this court on the 2d day of May, 1921.

We find no notice of appeal, in the absence of which notice jurisdiction of this court does not attach.

We find in the record a motion, bearing date the 16th day of April, 1921, verified by the appellants, seeking to withdraw the appeal.

The appeal is dismissed.